O: (516) 944-5062  F: (516) 944-5066
C: (516) 965-9180

**JAMES R. FROCCARO, JR.**
ATTORNEY AT LAW

20 VANDERVENTER AVENUE • SUITE 103W
PORT WASHINGTON, NEW YORK 11050
EMAIL: JRFESQ61@AOL.COM

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 03 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK

United States of America

-v-

Joseph Amato Jr.
**Defendant.**

NOTICE OF APPEARANCE

Docket Number: 19 CR 442 (ILG)

Judge: Glasser

Date: 10/3/19

PLEASE NOTICE, that I have been RETAINED by Joseph Amato Jr. the above named defendant. I was admitted to practice in this district on May 1987.

Signature: _[signed]_
Print Name: James R Froccaro, Jr
Bar Code: JRF 5461
Office Address: 20 Vanderventer Avenue Suite 103W
Port Washington, NY 11050
Telephone #: 516-944-5062

**\*\*\* NOTICE TO ATTORNEY\*\*\***

\*\*Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.