AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

UNITED STATES OF AMERICA

v.

__Joseph Amato, Jr.__
Defendant

**FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 03 2019 ★
BROOKLYN OFFICE**

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: 19 CR 442 (ILG)

Upon motion of the __Dft.__, it is ORDERED that a detention hearing is set for __10/4/19__ * at __11am__

before __MJ Scanlon__
Name of Judicial Officer

BROOKLYN, NEW YORK
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____

(_____) and produced for the hearing.
Other Custodial Official

Date: __10/3/19__    s/Vera M. Scanlon, USMJ
Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.