**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email:  JRFESQ61@aol.com

September 2, 2020

BY ECF
Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v. Joseph Amato Jr.
19 Cr 442 (ILG)

Dear Judge Cogan:

     I am the attorney for Joseph Amato Jr.  On October 7, 2019, Joseph Jr. was ordered released on a $1 million secured Appearance Bond in connection with this matter.  He is presently subject to home detention with an electronic monitoring bracelet equipped with GPS tracking, as well other restrictive conditions.  Joseph Jr. is presently permitted to leave his residence to attend college, for attorney visits, court appearances, necessary medical treatment, and religious services on Sunday's each week.  His travel is limited to the Southern and Eastern Districts of New York, and he must also abide by a no-contact list.  He has at all times been compliant with the terms of his Bond since being released.

By this letter, I am respectfully requesting that Joseph Jr. be permitted to leave his residence this Sunday, September 6th, from noon til 8 pm to attend his god-daughter's birthday party in Brooklyn. The government and Pretrial Services have been provided with the specific address of the party. Neither the government nor Pretrial has any objection to this travel request.

Respectfully submitted,

/JRF/

James R. Froccaro, Jr.

JRF:pa

cc: USPSO Amanda Carlson, <u>by</u> <u>email</u>