

U.S. Department of Justice

United States Attorney
Eastern District of New York

EAG:MEF  
F. #2018R01021

271 Cadman Plaza East  
Brooklyn, New York 11201

September 23, 2020

By ECF

The Honorable Brian M. Cogan  
United States District Judge  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

        Re:   United States v. Amato, et al.  
              Criminal Docket No. 19-442 (S-1) (BMC)

Dear Judge Cogan:

      The government respectfully submits this letter to update the Court about the status of the above-referenced case. As set forth in the government's letter dated August 19, 2020 (ECF No. 327), the government has reached agreements in principle with the majority of the non-RICO defendants and has scheduled guilty plea hearings for those defendants over the next three weeks. One defendant, John Dunn, pleaded guilty before the Honorable Vera M. Scanlon yesterday. The government is also engaged in active plea negotiations with the remaining defendants and anticipates that several – if not all – of the defendants will enter guilty pleas as a result of those negotiations. To allow the parties time to continue these negotiations and in light of the pretrial motions filed by defendants Thomas Scorcia and Daniel Capaldo, among others[1], the parties jointly request that the Court extend by two weeks the date on which the government's response to the defendants' pretrial motions are due (to October 14, 2020), adjourn the status conference scheduled for tomorrow to a date after the pretrial motions have been fully briefed, and exclude time on the speedy trial clock

---

     [1]     The remaining defendants who filed motions have agreed to plead guilty and change of plea hearings have been scheduled before Judge Scanlon.

between September 24, 2020 and the next status conference date. See 18 U.S.C. 3161(h)(D) and (h)(7)(A). The defendants consent to these requests.

Respectfully submitted,

SETH D. DuCHARME
Acting United States Attorney

By:   /s/_____
Elizabeth Geddes
Megan E. Farrell
James McDonald
Assistant U.S. Attorneys
(718) 254-7000