**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email:  JRFESQ61@aol.com

November 17, 2020

BY ECF
Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  United States v. Joseph Amato Jr.
       19 Cr 442 (BMC)

Dear Judge Cogan:

  I am the attorney for Joseph Amato Jr.  On October 7, 2019, Joseph Jr. was ordered released on a $1 million secured Appearance Bond in connection with this matter.  He is presently subject to home detention with an electronic monitoring bracelet equipped with GPS tracking, along with other restrictive conditions.  Joseph Jr. is presently permitted to leave his residence to attend college, for attorney visits, court appearances, necessary medical treatment, and religious services on Sunday's each week.  His travel is limited to the Southern and Eastern Districts of New York, and he must also abide by a no-contact list.  He has at all times been compliant with the terms of his Bond since being released.

  By this letter, I am respectfully requesting that Joseph Jr. be permitted to leave his residence from noon until 9:00 p.m. on Thanksgiving Day, Thursday, November 26, 2020. He would leave his house at noon and go to his mother's house, located in South Amboy, New Jersey, for brunch. Later that day, he and his mother will be meeting his Aunt and Uncle for Thanksgiving dinner at the Liberty House Restaurant in Jersey City, New Jersey. The government and Pretrial Services have been provided with the specific address for each.

  The government and Pretrial Services have no objection to these travel requests.

      Respectfully submitted,

        /JRF/

      James R. Froccaro, Jr.

JRF:pa

cc: USPSO Amanda Carlson, <u>by email</u>