**DOCKET NUMBER:** <u>CR 19-442</u>(BMC)

## CRIMINAL CAUSE FOR Pleading

**BEFORE JUDGE:** Vera M. Scanlon, USMJ     **DATE:** <u>3/22/2021</u>     **TIME IN COURT __MINS**

**DEFENDANT'S NAME:** <u>Joseph Amato, Jr.</u>     **DEFENDANT'S # 2**

X    Present     ❏    Not Present     ❏    Custody     X    Not Custody

**DEFENSE COUNSEL:** <u>James Froccaro</u>

❏    Federal Defender     CJA     X   Retained

**A.U.S.A.:** <u>Elizabeth Geddes</u>

**CASE MANAGER:** <u>Krista Quinlan</u>

**COURT REPORTER:** Charleane Heading

- ☒ Case Called
- ☒ Change of Plea Hearing
- ☒ Deft. Sworn and Informed of Rights
- ☒ Deft. Enters a Plea of Guilty to count 15
- ☒ Court Finds Factual Basis for the Plea
- ☒ Deft. Continued on bail
- ☒ Sentencing set for 7/20/2021 @ 11:30 AM before Judge Cogan
- ☒ Transcript Ordered

**Do these minutes contain ruling(s) on motion(s)?** ❏    YES     X    NO

**TEXT:** Pursuant to the CARES Act and Administrative Order 2020-13, the Court conducted today's change of plea hearing by video based on the defendant's consent and the Court's finding that the proceeding could not be delayed without risking serious harm to the interests of justice. After being sworn and informed of his rights, Mr. Joseph Amato, Jr. withdrew his plea of not guilty and pleaded guilty to Count 15 of the superseding indictment. The Magistrate Judge recommends that the plea of guilty be accepted.