**JAMES R. FROCCARO, JR.**
**Attorney at Law**
**20 Vanderventer Avenue, Suite 103W**
**Port Washington, NY 11050**
**telephone: (516) 944-5062**
**fax: (516) 944-5066**
**email: JRFESQ61@aol.com**

November 24, 2021

<u>BY ECF & OVERNIGHT MAIL</u>
Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  <u>United States v. Joseph Amato Jr.</u>
19 Cr 442 (S-1)(BMC)

Dear Judge Cogan:

This letter is submitted on behalf of Joseph Amato Jr. ("Joseph") in anticipation of his sentencing before Your Honor at 11:45 a.m. on December 8, 2021.  Since his arrest over two years ago, Joseph re-enrolled college - recently graduating while making the Dean's List the past three semesters.  He is presently enrolled in a Master's Degree Program where he is excelling again academically.  He is also gainfully employed and excelling in the workplace.  In light of Joseph's extraordinary post-arrest rehabilitation, I am most respectfully asking Your Honor to sentence him to a term of probation.

Joseph pled guilty to Count Fifteen of the Indictment charging him with conspiring with his father, Joseph Amato Sr., and others to make an extortionate extension of credit.  The parties' estimate of the applicable Sentencing Guidelines prison range in his Plea Agreement is 21-27

1

months, based upon a total offense level of 16 <u>and</u> a Criminal History Category of I.[1]  The parties estimate is in accord with the Guidelines calculation made by the Probation Department in the Presentence Investigation Report ("PSR").  <u>See</u> PSR at paragraph 153.

There is no dispute that Joseph's conviction resulted from his involvement with his own father, his namesake, whom Your Honor is no doubt familiar with.  Imprisoned for the majority of Joseph's childhood, his father returned home to his family during his son's late teens.  As Joseph's maternal Aunt Kathy-Ann Ragonese observed:

> I watched firsthand how Joseph yearned for his father, my brother-in-law for 15 long years.  Unfortunately, his father did not turn out to be the role model he promised us he would be when he was finally released from prison.  We have often said that Joseph waited all those years for a hero, but instead, got a zero.

<u>See</u> attached letter from Kathy-Ann Ragonese to this Court.

Joseph, acting on misguided loyalty and a natural yearning for his father's approval, made a very dumb mistake:  he joined his father in criminal conduct.  As Joseph's mother recounted in pertinent part in her letter to Your Honor:

> Joseph Jr. was only 10 months old when his father was first arrested and ultimately sentenced to eighteen years in prison. I found myself, for all intents and purposes, a single parent raising this beautiful little boy.  He was the center of my world and my life revolved around him.  I spent every waking moment trying to compensate for the absence of his father from our home. I was also lucky to have my family around.  We all provided my son with an abundance of love, attention and the proper guidance

---

[1]  Joseph has never been arrested before.

and influence going forward.  And my son, in turn, made me so proud of him at every stage of his young life - including winning academic awards in middle school and high school.  He was at all times a responsible, well-mannered and conscientious young man - who displayed great promise to everyone who met him.  The only thing missing in his life, however, was a father - his father and now co-defendant  - Joseph Amato Sr.

When my son was 16 years old, his father was released from prison and he returned home to us.  My son was elated that his father was finally a presence in his life - and that we were all together after 15 long years.  Our happiness did not last very long, however.  Sadly, Joseph's father resumed his old ways....

Joseph Jr.'s father ultimately left our marital residence a few years after his return - leaving both my son and I devastated.  The desire to have his father in his life and to make up for lost time overshadowed my son's attachment to me - and the moral values that I had instilled in him since he was a young child.  Looking back now, I should have tried harder to minimize, or cut off all together, his contact with his father.  But, the reality was that my son was not going to lose his father again.  He was determined to stay close to the man that he had only seen in prison visiting rooms around the country during his childhood.

While my son was under my influence, he always had his priorities in the right place - family, education, religion and a promising future.  The thought that his own father took him on a different path is just too much for me to bear.  But my son clearly recognizes this now and could not be more remorseful and sorry for his involvement.  Since his release on bail, Joseph Jr. has been acting like the son and human being I raised him to be - a productive and law abiding member of his community.

See letter from Laura-Jane Amato to Your Honor attached hereto.

3

Joseph was arrested on October 3, 2019.  After spending a number days in jail, he was released to home incarceration.  Since then, he has strictly complied with all the terms of his release and was ultimately granted permission by this Court to venture out into community freely.  For example, while on home incarceration, he was granted leave to attend religious services.[2]  Then, in January of 2020, his location restriction program was modified to home confinement in order to allow him to re-enroll in college beginning in the Spring Semester of 2020.[3]  In February of 2021, Your Honor eliminated the home confinement component of Joseph's Bond and directed that he be subject to a curfew.  On July 1, 2021, Your Honor - on consent of both the government and Pretrial Services - ordered that the curfew and electronic monitoring components of Joseph's Bond be eliminated altogether and that he be subject to standard release conditions going forward and continue to abide by his no-contact list.  Finally, on July 7, 2021, he was granted permission by this Court to travel out of state for work.  Throughout this process Joseph has clearly proven that he will comply with the Court's orders and that he can be trusted in the community.

Joseph's academic achievements further demonstrate his commitment to a law-abiding and productive life.  As a teenager, Joseph showed great promise academically.  As his high school biology teacher explained in her attached letter to Your Honor:

From day one, Joseph was a bright star in my class.  He did all his work on time and tried very hard in his studies . . . . He went

---

[2]  Joseph has since his arrest become increasingly involved in his Church community. His priest, Father Juan Luxama, writes that he has come "to know Joseph very well over the past 2 years." See letter from Father Juan Luxama, attached. In addition to one-on-one prayer sessions with Father Juan, Joseph was the subject of a Special Mass in which his fellow parishioners prayed for his redemption and success. The clergyman opines that he "believe[s] in [his] heart that [Joseph] is remorseful and ready to go on with a life filled with promise and hope." Id.

[3]  Joseph had previously dropped out of college in the year 2015.

4

above and beyond what was always expected of him.  Joseph has a special gift of comprehending quickly and retaining everything he learns.  I often describe him as a "sponge" because no matter what the subject was, Joseph was able to understand it quickly and relay it back to his peers.

As noted, Joseph resumed his studies following his arrest in this case.  This past May, he graduated from St. John's University with a Bachelor of Arts Degree.  Attached is a copy of his College Diploma. Notably, Joseph made the Dean's List during the Spring 2020, Fall 2020 and Spring 2021 semesters.  Joseph's Final Grades at St. John's University leading up to his graduation are attached - straight "A's" and near straight "A's" each semester.  Finally, I have included a photo of Joseph receiving his diploma at the St. John's graduation ceremony, as well as an assortment of photos of Joseph celebrating that milestone with his mother and Aunt Kathy-Ann Ragonese.  Since then, Joseph applied to and was accepted into a Graduate Program at CUNY'S College of Staten Island - where he has been excelling academically as well - receiving 90, 92 and 96 on his midterm examinations.  A copy of his mid-term graduate school grades is also attached.

Joseph has also distinguished himself in the workplace.  For nearly a year, he has worked for Waterlume Lawn Sprinklers, a company that services and installs sprinkler system at homes and businesses throughout the tri-state area.  Joseph started as a laborer and was then promoted and is now an irrigation tech for the company.  His boss, Robert Lubelli, offers the following endorsement of his young employee:

> [Joseph's] work skills improve every day by watching and learning from senior employees.  He follows work assignments extremely well and puts his best effort into customer satisfaction.  Joseph is always on time and not afraid of any challenges. . . .I would like to see him remain as a permanent employee."

See letter from Robert Lubelli, attached.  For the Court's information,

Joseph has saved enough money from his salary at Waterlume to satisfy in full the order of forfeiture owed the government at his sentencing.

Enrolled in graduate school, gainfully employed, active in the Church and engaged in a stable and loving relationship with a woman he hopes to marry,[4] the Joseph Amato Jr. that will appear before Your Honor on December 8 is a far cry from the young man who appeared for arraignment in 2019.  His transformative effort to brake the cycle of familial criminality is of central importance at his upcoming sentencing.  See e.g., Gall v. United States, 528 U.S. 38, 44-45 (2007) (affirming district court's ruling that defendant's post-arrest rehabilitation rendered "[a]ny term of imprisonment...counter effective by depriving society of the contributions of [a d]efendant who . . . understands the consequences of his criminal conduct and is doing everything in his power to forge a new life.  The [d]efendant's post-offense conduct indicates neither that he will return to criminal behavior nor that the [d]efendant is a danger to society.")[5]  Notably, in Gall, the U.S. Supreme Court emphasized that 3553(a) specifically "directs judges to consider sentences other than imprisonment," and that a probationary sentence can be structured to amount to a "substantial restriction of freedom" and meet all of the purposes of sentencing. Id. at 44.

---

[4] Attached hereto are letters of support from Joseph's intended as well as her mother and grandmother.

[5] In Gall, the defendant pled guilty to distributing ecstasy throughout his community and his advisory Sentencing Guidelines prison range was 30-37 months.

6

In closing, I would be remiss if I did not reference the heartfelt plea of Joseph's long-suffering mother.  As she wrote in her letter to this Court:

> I am pleading to Your Honor from the depth of my soul to allow
> my son to remain at liberty.  He has accomplished so much
> in the past two years and will continue to prosper and be a
> productive and law-abiding member of the community if Your
> Honor gives him a second chance at life.  It would break
> my heart to see my only child follow in his father's footsteps
> - off to prison.[6]

> If Joseph Jr. is provided with a second chance, he will be a
> success story and positive role model for others to follow.
> I know that he would never let Your Honor, me, or himself
> down again.

For all of the foregoing reasons, I am most respectfully asking Your Honor to impose a probationary sentence here.

Respectfully submitted,

/JRF/

James R. Froccaro, Jr.

JRF:pa
Encls.

---

[6] Recognizing Amato Sr.'s negative influence on his son, the Court directed that upon his release from prison he have "monitored contact only with his son, Joseph Amato, Jr."

7

November 21, 2021


Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Cogan,

I am writing this letter on behalf of my nephew, Joseph Amato Jr.
("Joseph"). I, myself, have never personally experienced the joy of
being a mother, but Joseph has been like a son to my husband and I.
I helped my sister raise him in his father's absence all those years that
she also struggled to make ends meet. Joseph was an amazing young
boy with such promise. I know that he feels he let us down and is
extremely sorry for his involvement.

I watched firsthand how Joseph yearned for his father, my brother-in-law
for 15 long years. Unfortunately, his father did not turn out to be the
role model he promised us he would be when he was finally released
from prison. We have often said that Joseph waited all of those years for
a hero, but instead, got a zero. His influence on my nephew - who had
so much promise - was nothing short of disgraceful. But, I truly believe
that he, himself, realizes that now - that he clearly let his son-whom he
professes to love down.

My nephew Joseph is truly sorry for his conduct. He has, however,
accomplished so much over the past two years under difficult
circumstances - completing his college education and earning his degree
with honors, being accepted to and attending graduate school, and also,

1

excelling in the workplace. Joseph is also now in a very stable relationship with a very bright and hard working young lady. He has cutoff, in total, any prior unsavory ties and truly turned his life around. For that reason, I implore Your Honor to keep my nephew out of prison and allow him to continue on the very productive path he's on.

My husband Michael and I have so much faith in Joseph that we put our home up as collateral for his bail. He has not let us down. I know he would never let this Court down as well. Please do not send him off to prison with his father. He has worked so hard to demonstrate that he is worthy of a second chance and redemption.


Sincerely,

Kathy-Ann Ragonese

November 22, 2021

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Cogan,

I write to Your Honor with a very heavy heart on behalf of my son, Joseph Amato Jr. I pray that Your Honor will consider an alternative to incarceration for my only child. Hopefully, this letter will provide you with a little insight into his upbringing and ongoing mission to redeem himself. He could not be more remorseful.

Joseph Jr. was only 10 months old when his father was first arrested and ultimately sentenced to eighteen years in prison. I found myself, for all intents and purposes, a single parent raising this beautiful little boy. He was the center of my world and my life revolved around him. I spent every waking moment trying to compensate for the absence of his father from our home. I was also lucky to have my family around. We all provided my son with an abundance of love, attention and the proper guidance and influence going forward. And my son, in

1

turn, made me so proud of him at every stage of his young life - including winning academic awards in middle school and high school.  He was at all times a responsible, well-mannered and conscientious young man - who displayed great promise to everyone who met him.  The only thing missing in his life, however, was a father - his father and now co-defendant  - Joseph Amato Sr.

When my son was 16 years old, his father was released from prison and he returned home to us.  My son was elated that his father was finally a presence in his life - and that we were all together after 15 long years.  Our happiness did not last very long, however.  Sadly, Joseph's father resumed his old ways, and also rewarded me for being a loyal and devoted wife while he was imprisoned by cheating on me repeatedly after his release.

Joseph Jr's father ultimately left our marital residence a few years after his return - leaving both my son and I devastated.  The desire to have his father in his life and to make up for lost time overshadowed my son's attachment to me - and the moral values that I had instilled in him since he was a young child.  Looking back now, I should have tried harder to minimize, or cut off all together, his contact with his father.  But, the reality was that my son was not going to lose his father again.  He was determined to stay close to the man that he had only seen in prison visiting rooms around the country during his childhood.

While my son was under my influence, he always had his priorities in the right place - family, education, religion and a promising future.  The thought that his own father took him on a different path is just too much for me to bear.  But my son clearly recognizes this now and could not be more remorseful and sorry for his involvement.  Since his release on bail, Joseph Jr.  has been acting like the son and human being I raised him to be - a productive and law abiding member of his community.

Joseph Jr. re-enrolled in college at St. John's University in the Spring of 2020.  He excelled in his studies there making the Dean's List for three straight semesters. This past Spring, he graduated from college - and I've never been more proud of him.  He was then accepted to graduate school, where he is now pursuing a Master's Degree in Business Management.  His mid-term grades in graduate school continue to be, once again, at the Dean's List level.  Joseph Jr. also aspires to one day become a lawyer - having been exposed to a positive role model in Mr. Froccaro - and he is registered to take his LSAT's in January 2022.

Joseph Jr. has also been gainfully employed in the community.  He has been working for a local company, Waterlume Lawn Sprinklers.  He is described by his employer as responsible, hard-working and courteous - and a "true asset" to the company.

3

Joseph Jr. has also become very active in the Church, regularly attending Mass, and also seeking private counseling from the parish priest, Father Juan Luxama.  In recognition of Joseph Jr.'s efforts at redemption, Father Juan even held a Special Intention Mass for him where the parishioners all prayed for Joseph Jr.'s success.  Apparently, all of their prayers - and the prayers of a heartbroken mother - have not fallen on deaf ears.  The son I know and love has returned - one with a good heart and head.

Joseph Jr. is also now in a serious and very stable relationship with a wonderful young woman whom we all love. She is loving and caring as well as hard-working and responsible.  She is and will be a very positive influence in his life.

In closing, I can assure Your Honor that my son will never stray from the straight and narrow again.  I was actually happy to learn that after his release from prison, Joseph Jr.'s  father was ordered by Your Honor to have "monitored contact only" with him.  Joseph Jr. will <u>never</u> fall prey to his father's improper influence again.

I am pleading to Your Honor from the depth of my soul to allow my son to remain at liberty.  He has accomplished so much in the past two years and will continue to prosper and be a productive and law-abiding member of the community if Your Honor gives him a second chance at life.   It would also break my heart to see my only child follow in his father's footsteps -

4

off to prison.

If Joseph Jr. is provided with a second chance, he will be a success story and positive role model for others to follow. I know that he would never let Your Honor, me, or himself down again.

Very sincerely,

Laura Jane Amato

5

November 2021

The Honorable Brian M. Cogan
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Cogan,

I am writing to your honor on behalf of a young man Joseph Amato. My name is Father Juan and I am a parish priest at Shrine Church of St. Bernadette in Brooklyn, New York. I came to meet and know Joseph through his aunt Kathy Ragonese.

Once I heard about his situation from his aunt, I began to minister Joseph.

His Aunt Kathy and Uncle Michael would drive me to Joseph's home since he was under home incarceration, and not permitted to come to me. I got to know Joseph very well over the past 2 years. He came to me with extreme remorse for his transgressions. We spent many hours discussing and praying for clarity, understanding and the Lords forgiveness. Joseph is extremely sorrowful for the mistakes he has made. I learned that this young man had been on the track until his father re-entered his life. It was then and only then, that Joseph was poorly influenced and made wrong choices and decisions that led to his first and only arrest in 2019.

Since that time, I have witnessed Joseph to come a very long way. He rediscovered his dedication and desire to finish college studies, which I am proud to say he did finish with an outstanding G.P.A.. He is presently continuing his education and working towards a Master Degree in Business. Once the conditions of his bail were modified, Joseph quickly began working and is advancing in the company he works for. These are all wonderful accomplishments for himself and his family. Joseph is on the right path and I continually pray to the Lord that he gets a second chance.

I have had the honor and pleasure of getting to know Joseph's fiance, Victoria. they are devoted to each other and I look forward to officiating their union of marriage in the near future.

I respectfully ask you to be lenient in your sentencing of Joseph. I believe in my heart that he is remorseful and ready to go on with a life filled with promise and hope. Please consider my request for leniency for Joseph.

Respectfully,

Father Juan Luxama

November 2021

The Honorable Judge M. Cogan
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Cogan,

I was asked to write this letter on behalf of a former student of mine, Joseph Amato Jr. I am an educator or teacher and have known Joseph and his mother, Laura Jane Amato, since 2007. I met Joseph during his first year of high school at St. Joseph by the Sea. He was a student of mine in Biology class. From day one, Joseph was a bright star in my class. He did all his work on time and tried very hard in his studies. He never gave me a problem and was always willing to help other students when they had difficulty understanding a concept. He went above and beyond what was always expected of him. Joseph has a special gift of comprehending quickly and retaining everything he learns. I often describe him as a "sponge" because no matter what the subject was, Joseph was able to understand it quickly and relay it back to his peers. I followed Joseph all four years of high school and was always there to lend him a hand if he needed academic help. Joseph showed real promise then with dreams of going to college and possibly opening some type of business. I believed in him then and I believe in him now, notwithstanding his present troubles. He is a young man with promise who has yet to realize his true potential.

I have seen Joseph grow up from a little freshman boy who could barely touch the floor in his seat. I would describe the Joseph that I know as a generous young person who gives of himself in everything he does. He is thoughtful and kind and is the type of person who does not hesitate to give you the shirt off his back. When you need something all you have to do is call Joseph and he is there. I witnessed this firsthand three years ago, when I fell and fractured my tibia. Joseph was at the foot of my bed right after my surgery. He was the first person there asking what I needed. I never called for him to come – he was just there to help.

I know that Joseph recently graduated from college and, not surprisingly, that he excelled academically. He is now in graduate school pursuing a master's degree in business. Unfortunately, Joseph fell under the wrong influence at some point. However, after speaking to him s number of times recently, I am confident that it will never happen again. He is very remorseful. If given a second chance, I know that he will not disappoint.

I urge the Court to consider this information in deciding Joseph's future. Thank you.

Sincerely,

Nabillia Caraballo
Educator

# St. John's University

The Trustees of St. John's University, New York

on the recommendation of the Faculty of

The Lesley H. and William L. Collins College of Professional Studies

have conferred upon

## Joseph A. Amato

the degree of

## Bachelor of Arts

together with all honors, rights and privileges pertaining thereto, in recognition of the fulfillment of the requirements for this degree.

In Witness Whereof we have hereunto subscribed our names and affixed the Seal of the University, at New York in the State of New York this twenty-third day of May, two thousand and twenty-one.

Brian J. Shanley O.P.
President

Interim Dean

Chairperson of the Board

Final Grades



# Final Grades

### *Student Information*
**Current Program**
Bachelor of Arts

| | |
|---|---|
| **Level:** | Undergraduate |
| **Program:** | PS-S-BA Lib Studies-Special |
| **Admit Term:** | Spring 2020 |
| **Admit Type:** | Standard |
| **Catalog Term:** | Spring 2020 |
| **College:** | Collins College Prof Stud -SI |
| **Campus:** | Staten Island Campus |
| **Major:** | Liberal Studies |
| **Academic Standing:** | |

### *Undergraduate Course work*

| CRN | Subject | Course | Section | Course Title | Campus | Final Grade | Attempted | Earned | GPA Hours | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|
| 12086 | COM | 2570 | 0 | VIDEO GAMES AND GAMING | Staten Island Campus | A- | 3.000 | 3.000 | 3.000 | 11.10 |
| 15374 | ENG | 1040 | 0 | WRITING FOR BUSINESS | Staten Island Campus | A- | 3.000 | 3.000 | 3.000 | 11.10 |
| 12589 | HMT | 1071 | 0 | INT'L TRAVEL DEST & CULTURES | Staten Island Campus | A | 3.000 | 3.000 | 3.000 | 12.00 |
| 14900 | THE | 2320 | 0 | INTRO CATHOLIC SOCIAL TCHG | Staten Island Campus | A | 3.000 | 3.000 | 3.000 | 12.00 |

### *Undergraduate Summary*

| | Attempted | Earned | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|
| **Current Term:** | 12.000 | 12.000 | 12.000 | 46.20 | 3.85 |
| **Cumulative:** | 132.000 | 114.000 | 123.000 | 365.10 | 2.96 |
| **Transfer:** | 6.000 | 6.000 | 0.000 | 0.00 | 0.00 |
| **Overall:** | 138.000 | 120.000 | 123.000 | 365.10 | 2.96 |

Select Another Term

## RELEASE: 8.7.1

© 2021 Ellucian Company L.P. and its affiliates.

10/28/21, 11:18 AM                                                                    Final Grades



# Final Grades

### Student Information
**Current Program**
Bachelor of Arts

| | |
|---|---|
| **Level:** | Undergraduate |
| **Program:** | PS-S-BA Lib Studies-Evening |
| **Admit Term:** | Fall 2020 |
| **Admit Type:** | Standard |
| **Catalog Term:** | Fall 2020 |
| **College:** | Collins College Prof Stud -SI |
| **Campus:** | Staten Island Campus |
| **Major:** | Liberal Studies |
| **Academic Standing:** | |

### Undergraduate Course work

| CRN | Subject | Course | Section | Course Title | Campus | Final Grade | Attempted | Earned | GPA Hours | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|
| 71901 | ART | 1000C | 109 | THE CREATIVE PROCESS | Online Learning | A | 3.000 | 3.000 | 3.000 | 12.00 |
| 74584 | ECO | 1006 | 0 | PERSONAL FINANCE | Staten Island Campus | A | 3.000 | 3.000 | 3.000 | 12.00 |
| 70887 | LAC | 1000C | 154 | CORE: LANGUAGE AND CULTURE | Online Learning | A | 3.000 | 3.000 | 3.000 | 12.00 |
| 71526 | MTH | 1003 | 0 | INTRO TO COLLEGE MATH I | Staten Island Campus | A | 3.000 | 3.000 | 3.000 | 12.00 |

### Undergraduate Summary

| | Attempted | Earned | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|
| **Current Term:** | 12.000 | 12.000 | 12.000 | 48.00 | 4.00 |
| **Cumulative:** | 132.000 | 114.000 | 123.000 | 365.10 | 2.96 |
| **Transfer:** | 6.000 | 6.000 | 0.000 | 0.00 | 0.00 |
| **Overall:** | 138.000 | 120.000 | 123.000 | 365.10 | 2.96 |

Select Another Term

**RELEASE: 8.7.1**

© 2021 Ellucian Company L.P. and its affiliates.



# Final Grades

### Student Information
**Current Program**
Bachelor of Arts

| | |
|---|---|
| **Level:** | Undergraduate |
| **Program:** | PS-S-BA Lib Studies-Evening |
| **Admit Term:** | Spring 2021 |
| **Admit Type:** | Standard |
| **Catalog Term:** | Spring 2021 |
| **College:** | Collins College Prof Stud -SI |
| **Campus:** | Staten Island Campus |
| **Major:** | Liberal Studies |
| **Academic Standing:** | |

### Undergraduate Course work

| CRN | Subject | Course | Section | Course Title | Campus | Final Grade | Attempted | Earned | GPA Hours | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|
| 10128 | BIO | 1050 | 0 | HUMAN BIOLOGY | Online Learning | A | 3.000 | 3.000 | 3.000 | 12.00 |
| 10232 | CUS | 1102 | 0 | SOFTWARE APPLICATION | Online Learning | A | 3.000 | 3.000 | 3.000 | 12.00 |
| 10517 | MTH | 1007 | 0 | COLLEGE ALGEBRA & TRIGONOMETRY | Online Learning | B+ | 3.000 | 3.000 | 3.000 | 9.90 |
| 13887 | THE | 2215 | 0 | CHRISTIAN WORSHIP & SACRAMENTS | Staten Island Campus | A | 3.000 | 3.000 | 3.000 | 12.00 |

### Undergraduate Summary

| | Attempted | Earned | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|
| **Current Term:** | 12.000 | 12.000 | 12.000 | 45.90 | 3.82 |
| **Cumulative:** | 132.000 | 114.000 | 123.000 | 365.10 | 2.96 |
| **Transfer:** | 6.000 | 6.000 | 0.000 | 0.00 | 0.00 |
| **Overall:** | 138.000 | 120.000 | 123.000 | 365.10 | 2.96 |

Select Another Term

**RELEASE: 8.7.1**

© 2021 Ellucian Company L.P. and its affiliates.







UNIVERSITY
ST. JOHN'S UNIVERSITY
ST. JOHN'S UNIVERSITY
College of Pharmacy and Health Sciences
ST. JOHN'S UNIVERSITY
150
1870–2020
FAITHFUL
Joseph Amato
Bachelor of Arts
54:50

11/17/21, 10:43 AM                               Mail - Joseph A. Amato - Outlook

↩ Reply all  ∨       🗑 Delete     ⊘ Junk     Block     ⋯

# Your letter of acceptance

ⓘ        You forwarded this message on Tue 8/3/2021 3:09 PM

C        **College of Staten Island - Graduate Admissions**                    ◻ 👍 ↩ ↩↩ → ⋯
         <graduateadmissions@csi.cuny.edu>
         Tue 8/3/2021 6:30 AM
         To: Joseph A. Amato

┌─────────────────────┐
│ * External Email *  │
└─────────────────────┘



Dear Joseph Amato,

Congratulations again on your acceptance to the Business Management - Strategic Management gra
program at the College of Staten Island (CSI). **An official letter of acceptance is now available
VIP Page.** Your VIP page is a portal for information about the next steps in the enrollment process,
should be checking it regularly for updates.

The acceptance letter includes a link to the Admissions Response Form which is required for you to ｜
with the enrollment process. The acceptance letter is linked at the top of your VIP Page. Please click
log into your VIP Page now.

Sincerely,

*Sasha Spence*

Sasha Spence
Associate Director for Graduate Recruitment and Admissions

Recruitment and Admissions . graduateadmissions@csi.cuny.edu  . www.csi.cuny.edu/graduate

**Test Grades for Strategic Business Management Class**

Test 1



Available Date: Sep 22, 2021 8:30 PM EDT
Due Date: Oct 6, 2021 10:30 PM EDT
Time Limit: 90 minutes
Possible Points: 100

**Attempt 1**                                    96.0%                              VIEW
Sep 22, 2021 9:15 PM EDT

**Recorded Score**                                            96.0 / 100 = 96.0%

---

## TEST 2

Due Oct 13, 2021 @ 10:00PM EDT

COUNTS TOWARDS GRADE                                           No Attempts Left

**Description**
Test #2 Chapters 4-6

**ATTEMPTS**                                                   **1 of 1** (0 remaining)

**RECORDED SCORE**                                            **92/100** (92.00%)

**Attempt History**

**Attempt 1**                              92/100 (92.00%)          Review
Submitted on 10/13/2021 @ 9:22 PM EDT

**Test Grades for Business Marketing Class**

2021 Fall Term (1) Strategic Marketing Management MKT 600 E001[36543] (College of Staten Island)         October 12, 2021 7:

## 2021 Fall Term (1) Strategic Marketing Management MKT 600 E001[36543] (College of Staten Island)

| All   Graded   Upcoming   Submitted | | Order by: Course Order |
|---|---|---|
| ITEM | LAST ACTIVITY | GRADE |
| Weighted Total<br>View Description  Grading Criteria | | - |
| Total<br>View Description  Grading Criteria | | - |
| MKT 600 STRATEGIC MARKETING<br>Test | Oct 12  2021 7:24 PM<br>GRADED | **90.00**<br>/100 |

November 2021

The Honorable Brian M. Cogan
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Cogan,

        Joseph Amato has now worked for my company Waterlume Lawn Sprinklers for a little under a
year.  Joseph has shown a strong interest in being an asset to the company.  His work skills improve
every day by watching and learning from senior employees.  He follows work assignments extremely
well and puts his best effort into customer satisfaction.  Joseph is always on time and not afraid of any
challenges.  He enjoys working with others and has been truly an asset.  Joseph continues to stay
focused and grow as lead man in my company.  I would like to see him remain as a permanent
employee.

Yours truly,

Robert Lubelli

November 21, 2021

The Honorable Brian M. Cogan

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Cogan,

I am writing to Your Honor in the hope that you will be lenient with Joseph Amato Jr. at his upcoming sentencing on December 8th.

I am in love with Joseph and have hopes of marrying him one day soon. I know that in his heart, Joseph is truly ashamed and sorry for his involvement. I also know that he has done everything within his power to try and prove that he is redeemable and worthy of a second chance and leniency.

Joseph has severed all ties from his recent past and wants nothing more than to lead a normal life. The time he spent in jail awaiting his release on bail serves as a daily reminder of this. Simply put, he will never be a recidivist.

1

Joseph has proven over the course of the last two years that he can be trusted to roam free in and be a productive and law-abiding member of society. He has also proven that he can be gainfully employed in the community and excel in the workplace. What he has also accomplished academically under the circumstances has also been nothing short of extraordinary - earning his college degree with honors, and continuing on his path to success now in graduate school. He also has high hopes of ultimately becoming a lawyer. For the Court's information, I, myself, come from a very good family, and am well educated and gainfully employed by a hedge fund.

Obviously, I have my own selfish reasons in asking that Joseph be spared prison, especially under the conditions as they presently exist there. Joseph has proven by his example to himself, and others, that the path to success and happiness lies in education and hard work - not following in a father's footsteps. I am so very proud of what Joseph has accomplished under very difficult circumstances, and if given the chance without interruption, I know that he will succeed.

Sincerely,

Victoria Morano

Victoria Morano

2

1

November 19, 2021

Honorable Brian M. Cogan
United States District
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Cogan,

My name is Yvonne Morano and I am writing to ask Your Honor to please be merciful Joseph Amato Jr.

My daughter, my most prized possession, began dating Joseph after his arrest a number of years ago. When I learned of his arrest, my husband and I, like any normal parents, were extremely concerned. When we actually got to know Joseph, however, we understood that his past conduct was in no way indicative of the young man he truly is.

The Joseph we know is loving and caring and smart and ambitious. What he has accomplished under difficult circumstances since his arrest has proven to us beyond a doubt - his true mettle.

I implore Your Honor to please be lenient with Joseph and allow him to continue on the right path. He will continue to do very well with his studies - now in graduate school - while at the same time holding a full-time job.

Please allow Joseph to remain home and on the path to success.

Thank you.

Very truly yours,

Yvonne Morano

November 19, 2021


Honorable Brian M. Cogan
United States District
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Cogan,

My name is Ann Feoli and I am writing to ask for mercy
for Joseph Amato Jr.

I am aware of Joseph's legal troubles.  I met him around
a year ago when my granddaughter introduced him to us.
We were obviously concerned at first at the type of man
he was.  But we soon became convinced of his sincerity
and love for our granddaughter.

People make mistakes in life.  Joseph made mistakes
that he truly regrets.  He has been doing everything
within his power to prove that he has rehabilitated
himself and that he is a productive member of the
community who is worthy of leniency.

Joseph has become a welcome part of our family.  He has a good heart.  For example, he recently took my 91 year-old husband - an armed services veteran - out for Veteran's Day in recognition of his service to our country.

We have all grown to love Joseph very much.  If you ever got to really know him - you would to.

Please allow Joseph to remain home with us and continue on a path to success - not prison bars.

Thank you.

Ann M. Feoli

Ann M. Feoli